■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL WILLIS, JR., Appellant. (Appeal No. 2.) [768 NYS2d 898]—Appeal from a judgment of Ontario County Court (Doran, J.), entered July 9, 2002, convicting defendant upon his plea of guilty of offering a false instrument for filing in the first degree and attempted welfare fraud in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Willis* (2 AD3d 1322 [2003]). Present—Pigott, Jr., P.J., Pine, Wisner, Hurlbutt and Gorski, JJ.